UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ALBERT S. YOSHII,

      Plaintiff - Appellant,

V.

PAUL LEMAHIEU, individually; et al.,

      Defendants - Appellees.

No.  03-17297

D.C. No.  CV-00-00793-DAE

**JUDGMENT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at 12 o'clock and 10 min P M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii
(Honolulu).

This cause came on to be heard on the Transcript of the Record from the
United States District Court for the District of Hawaii (Honolulu) and was duly
submitted.

On consideration whereof, it is now here ordered and adjudged by this
Court, that the judgment of the said District Court in this cause be, and hereby is
**AFFIRMED**.

Filed and entered 12/07/05

A TRUE COPY
ATTEST        12/29/05

CATHY CATTERSON
Clerk of Court

by:
    Deputy Clerk

This certification does constitute the
mandate of the court.

12/28

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

**DEC 07 2005**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

ALBERT S. YOSHII,

        Plaintiff - Appellant,

    V.

PAUL LEMAHIEU, individually; PAULA
YOSHIOKA, individually; RENEE
TARUMOTO, in her capacity as the
Assistant Superintendent of Division of
Administrative Services, Department of
Education; DEPARTMENT OF
EDUCATION, STATE OF HAWAII;
PATRICIA HAMAMOTO, individually
and in her capacity as Superintendent of
the Department of Education,

        Defendants - Appellees.

No. 03-17297

D.C. No. CV-00-00793-DAE

MEMORANDUM*

---

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted November 22, 2005**
Honolulu, Hawaii

---

    \*    This disposition is not appropriate for publication and may not be cited
to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

    \*\*    This panel unanimously finds this case suitable for decision without
oral argument. See Fed. R. App. P. 34(a)(2).

Before: HAWKINS, McKEOWN, and CLIFTON, Circuit Judges.

Albert S. Yoshii appeals the district court's order granting the defendants' motion for summary judgment on grounds that Yoshii did not present a viable due process claim under the Fifth and Fourteenth Amendments of the United States Constitution or Article I of the Hawaii State Constitution. We review the appeal de novo, United States v. City of Tacoma, 332 F.3d 574, 578 (9th Cir. 2003), and affirm.

Yoshii argues that he was denied due process when he was transferred from one position to another within the Department of Education. He maintained the same salary and benefits. A mere change in job duties or job title, without more, does not impinge a federally cognizable property interest. See Stiesberg v. California, 80 F.3d 353, 357 (9th Cir. 1996). Consequently, Yoshii did not meet the threshold requirement of establishing that he was deprived of a protected interest. See Am. Mfrs. Mut. Ins. Co. v. Sullivan, 526 U.S. 40, 59 (1999). Accordingly, his related arguments regarding the failure to follow a specified grievance process are without legal support. See id.

**AFFIRMED**.

A TRUE COPY
ATTEST    12/29/05

CATHY CATTERSON
Clerk of Court

by:
Deputy Clerk

This certification does constitute the mandate of the court.

2

INTERNAL USE ONLY: Proceedings include all events.
03-17297 Yoshii v. Lemahieu, et al

ALBERT S. YOSHII                    Clayton C. Ikei, Esq.
       Plaintiff - Appellant       FAX 808/521-7245
                                    808/533-3777
                                    Suite 1203
                                    [COR LD NTC ret]
                                    Clayton C. Ikei, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Jerry P.S. Chang, Esq.
                                    FAX 808/521-7245
                                    808/533-3777
                                    Suite 1203
                                    [COR ret]
                                    LAW OFFICE OF CLAYTON C. IKEI
                                    A Law Corporation
                                    1440 Kapiolani Boulevard
                                    Honolulu, CA 96814


    v.


PAUL LEMAHIEU, individually          Dorothy D. Sellers, Esq.
       Defendant - Appellee          FAX 808/586-1237
                                     808/586-1365
                                     [COR LD NTC dag]
                                     AGHI - OFFICE OF THE HAWAII
                                     ATTORNEY GENERAL
                                     425 Queen St.
                                     Honolulu, HI 96813

PAULA YOSHIOKA, individually         Dorothy D. Sellers, Esq.
       Defendant - Appellee          (See above)
                                     [COR LD NTC dag]

RENEE TARUMOTO, in her               Dorothy D. Sellers, Esq.
capacity as the Assistant            (See above)
Superintendent of Division of        [COR LD NTC dag]
Administrative Services,
Department of Education
       Defendant - Appellee

DEPARTMENT OF EDUCATION, STATE       Dorothy D. Sellers, Esq.
OF HAWAII                            (See above)
       Defendant - Appellee          [COR LD NTC dag]

PATRICIA HAMAMOTO,
individually and in her
capacity as Superintendent of
the Department of Education
       Defendant - Appellee

R E C E I V E D
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Form 10.  Bill of Costs

**FILED**

DEC 2 0 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**United States Court of Appeals for the Ninth Circuit**

DEC 2 0 2005

FILED _____ 12/20 _____ KW
DOCKETED _____
DATE      INITIAL

## BILL OF COSTS

**Note:**  If you wish to file a bill of costs, it MUST be submitted on this form and filed, with
the clerk, with proof of service, within 14 days of the date of entry of judgment, and
in accordance with Circuit Rule 39-1.  A late bill of costs must be accompanied by a
motion showing good cause.  Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit
Rule 39-1 when preparing your bill of costs.

ALBERT S. YOSHII.  LEMAHIEU ET AL          CA No. 03-17297

The Clerk is requested to tax the following costs against: PLAINTIFF-APPELLANT YOSHII

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Supp. Excerpt of Record | 7 | 99 [inc. covers] | .10 | 69.30 | 7 | 99 | $.10 | 69.30 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 29 [inc. covers] | .10 | 58.00 | 20 | 29 | $.10 | 58.00 |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $ 127.30 | | | TOTAL | $ 127.30 |

**Form 10. Bill of Costs -** *Continued*

**Other:**    Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1.    Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

I, DOROTHY SELLERS swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _____

Date: 14 DECEMBER 2005

Name of Counsel (printed or typed): DOROTHY SELLERS

Attorney for: ALL DEFENDANTS . APPELLEES.

Date: 12/29/05    Costs are taxed in the amount of $ 127.30 .

Clerk of Court

By: _____, Deputy Clerk

A TRUE COPY    12/29/05
ATTEST

CATHY CATTERSON
Clerk of Court

by:

Deputy Clerk

This certification does constitute the mandate of the court.