United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: November 2, 2005

To:   The HONORABLE MARY M. MCKEOWN
      U.S. COURT OF APPEALS
      401 WEST A STREET, SUITE 2000
      SAN DIEGO, CA 92101

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 26 2007
DISTRICT OF HAWAII

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CV 00-00793AE  *EFS*         Appeal No:   03-17297
Short Title:   Yoshii v. Lemahieu

| | | |
|---|---|---|
| Clerk's Files in | 22 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 9 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:  3 BOXES

Acknowledgment: _____   Date: _____

*No transmittal for Box 1*

SCANNED

*Box 2 y 3*

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: November 2, 2005

To: The HONORABLE MARY M. MCKEOWN
U.S. COURT OF APPEALS
401 WEST A STREET, SUITE 2000
SAN DIEGO, CA 92101

**RECEIVED**
CLERK, U.S. DISTRICT COURT
FEB 26 2007
DISTRICT OF HAWAII

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:          CV 00-00793AE            Appeal No:   03-17297
Short Title:    Yoshii v. Lemahieu

| | | |
|---|---|---|
| Clerk's Files in | 22 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 9 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:   3 BOXES

Acknowledgment: _____   Date: _____

Box 3 of 3

